# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Marion C. Pass**
        Plaintiff

vs.                          **CASE NUMBER: 1:24-cv-1552 (PJE)**

**Frank Bisignano, Commissioner of Social Security**
        Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner and will offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable **Paul J. Evangelista**, dated 8/15/2025.

DATED: August 18, 2025

_John Domurad_
Clerk of Court

s/Britni Smith, Deputy Clerk